Hon. Michelle L. Peterson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

BENJAMIN DOEHR, ZACH SOLIZ, MITCHEL FEUER, KEVIN HOWARD, ANDRE HOWARD, MICHAEL CORDERO, ED MCDONALD, THEODORE HARKNESS, TIM KELLY, MAOR KRAMER, and CASEY GOODMAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

LUCKY STRIKE ENTERTAINMENT CORPORATION (f/k/a BOWLERO CORP); AMF BOWLING CENTERS, INC.; and LUCKY STRIKE ENTERTAINMENT LLC,

Defendants.

Case No. 2:26-CV-01535

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS LUCKY STRIKE ENTERTAINMENT CORPORATION (F/K/A BOWLERO CORP) AND AMF BOWLING CENTERS, INC.'S RULE 12 RESPONSE TO THE COMPLAINT AND RELATED DEADLINES**

**NOTE ON MOTION CALENDAR: MAY 27, 2026**

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiffs Benjamin Doehr, Zach Soliz, Mitchel Feuer, Kevin Howard, Andre Howard, Michael Cordero, Ed McDonald, Theodore Harkness, Tim Kelly, Maor Kramer, and Casey Goodman ("Plaintiffs"), on behalf of themselves and all others similarly situated, by their counsel, and Defendants Lucky Strike Entertainment Corporation (f/k/a Bowlero) and its wholly-owned subsidiary AMF Bowling Centers, Inc. (together, "Bowlero Defendants"), by their counsel, jointly move for an extension of deadlines regarding Bowlero Defendants' response to Plaintiffs' Complaint as follows:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1. Plaintiffs filed their Class Action Complaint on May 6, 2026. Dkt. 1. Service of summons and complaint was returned executed upon Lucky Strike Entertainment Corporation (f/k/a Bowlero) on May 11, 2026. Dkt. 4. Service of summons and complaint was returned executed upon AMF Bowling Centers, Inc. on May 12, 2026. Dkt. 5. Under Fed. R. Civ. P. 12, Bowlero Defendants' current deadlines to respond to the Complaint are June 1, 2026 and June 2, 2026, respectively.

2. Given Bowlero Defendants' counsel's recent retention, and the several federal and state antitrust and/or unfair competition laws involved and proposed classes alleged, Bowlero Defendants requested of Plaintiffs, and Plaintiffs agreed, to extend the time for Bowlero Defendants to respond to the Complaint, with a corresponding extension of the time for Plaintiffs to file any brief in response to any such motion. The parties have agreed to jointly stipulate and request, and hereby do jointly request, that the Court extend the deadlines relating to responding to the Complaint under Fed. R. Civ. P. 12 and order as follows: (1) the deadline for Bowlero Defendants to respond to the Complaint under Fed. R. Civ. P. 12 be extended to July 1, 2026. Rather than filing two separate motions of up to 8,400 words each, any such Fed. R. Civ. P. 12 motion filed by Bowlero Defendants in response to the Complaint shall be limited to a single joint motion by both Bowlero Defendants, not to exceed 11,400 words; (2) the deadline for any brief in response by Plaintiffs to any Fed. R. Civ. P. 12 motion by Bowlero Defendants in response to the Complaint be extended to August 28, 2026. Any such brief in response shall be limited to a single joint brief by all Plaintiffs not to exceed 11,400 words; (3) the deadline for any reply brief to any Fed. R. Civ. P. 12 motion by Bowlero Defendants in response to the Complaint be extended to September 18, 2026. Any such reply brief shall be limited to a single joint reply brief by both Bowlero Defendants not to exceed 5,700 words; and (4) any Fed. R. Civ. P. 12 motion by Bowlero Defendants in response to the Complaint shall be noted for consideration no earlier than September 18, 2026.

3. This is the first request for an extension. No other dates or deadlines are altered by this proposed extension of time. The parties expressly reserve all respective rights and

STIP. MTN. TO EXTEND
(Case No. 2:26-cv-01535) – 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

defenses as applicable.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

RESPECTFULLY SUBMITTED this 27th day of May, 2026.

By: */s/ Catherine S. Simonsen*
Catherine S. Simonsen, WSBA #45552
SIMONSEN SUSSMAN LLP
1120 Pacific Avenue, Suite 100
Tacoma, WA 98402
Tel.: (917) 747-5196
Fax: (646) 357-8447
catherine@simonsensussman.com

Nico Gurian*
SIMONSEN SUSSMAN LLP
307 West 38th Street, 16th Floor
New York, NY 10018
Tel.: (718) 510-5495
Fax: (646) 357-8447
Nico.gurian@simonsensussman.com

John P. Fiske*
Lindsay Stevens*
BARON & BUDD, P.C.
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel.: (858) 251-7424
Fax: (214) 523-6600
jfiske@baronbudd.com
lstevens@baronbudd.com
*Admitted pro hac vice

*Attorneys for Plaintiffs Benjamin Doehr, Zach Soliz, Mitchel Feuer, Kevin Howard, Andre Howard, Michael Cordero, Ed McDonald, Theodore Harkness, Tim Kelly, Maor Kramer, and Casey Goodman, on behalf of themselves and all others similarly situated*

By: */s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: (206) 905-7000
Fax: (206) 905-7100
aliciacobb@quinnemanuel.com

Alex Spiro (pro hac vice forthcoming)
295 Fifth Ave., New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Kevin Y. Teruya (pro hac vice forthcoming)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel.: (213) 443-3000
Fax: (213) 443-3100
kevinteruya@quinnemanuel.com

Kevin J. Arquit (pro hac vice forthcoming)
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel.: (202) 538-8000
Fax: (202) 538-8100
kevinarquit@quinnemanuel.com

Debra D. Bernstein (pro hac vice forthcoming)
Ryan F. Swindall (pro hac vice forthcoming)
1200 Abernathy Road NE
Building 600, Suite 1500
Atlanta, GA  30328
Tel.: (404) 482-3502
Fax: (404) 681-8290
debrabernstein@quinnemanuel.com
ryanswindall@quinnemanuel.com

*Attorneys for Defendants Lucky Strike Entertainment Corporation (f/k/a Bowlero) and AMF Bowling Centers, Inc.*

STIP. MTN. TO EXTEND
(Case No. 2:26-cv-01535) – 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

# [PROPOSED] ORDER

Based upon the foregoing Stipulated Motion, **IT IS SO ORDERED.**


        Dated this <u>28th</u> day of May, 2026.



                                        _____
                                        MICHELLE L. PETERSON
                                        United States Magistrate Judge


PRESENTED BY:

*/s/ Alicia Cobb*
Alicia Cobb, WSBA # 48685

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*1109 First Avenue, Suite 210*
*Seattle, Washington 98101*
*Tel.: (206) 905-7000*
*Fax: (206) 905-7100*
*aliciacobb@quinnemanuel.com*

*Attorney for Defendants Lucky Strike Entertainment Corporation (f/k/a Bowlero) and AMF Bowling Centers, Inc.*

[PROPOSED] ORDER
(Case No. 2:26-cv-01535) – 5

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000