Hon. Richard A. Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

BENJAMIN DOEHR, ZACH SOLIZ, MITCHEL FEUER, KEVIN HOWARD, ANDRE HOWARD, MICHAEL CORDERO, ED MCDONALD, THEODORE HARKNESS, TIM KELLY, MAOR KRAMER, and CASEY GOODMAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LUCKY STRIKE ENTERTAINMENT CORPORATION (f/k/a BOWLERO CORP.); AMF BOWLING CENTERS, INC.; and LUCKY STRIKE ENTERTAINMENT LLC,

Defendants.

Case No. 2:26-CV-01535-RAJ

**DECLARATION OF CATHERINE S. SIMONSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS LUCKY STRIKE ENTERTAINMENT CORPORATION (F/K/A BOWLERO CORP.) AND AMF BOWLING CENTERS, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I, Catherine S. Simonsen, declare:

1.      I am a partner at the law firm Simonsen Sussman LLP, counsel with Baron & Budd, P.C. for Plaintiff Bowlers in the above-captioned litigation. I am duly licensed to practice law in the States of Washington and California, and am admitted to practice in the Western District of Washington. I have personal knowledge of the facts stated herein and could testify competently thereto if called to do so.

2.      Since the filing of the Complaint on May 6, 2026, two additional Plaintiffs who reside and have bowled in Seattle have retained Plaintiffs' counsel and will seek leave to be

DECL. OF CATHERINE SIMONSEN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER
(Case No. 2:26-cv-01535-RAJ)

**Simonsen Sussman LLP**
1120 Pacific Avenue, Suite 100, Tacoma, Washington 98402
Tel: (917) 747-5196   Fax: (913) 262-0058

added to the case.

3.     Attached hereto as **Exhibit A** is a true and correct copy of the 2026 Florida Limited Liability Company Annual Report filed by Kegel, LLC on April 27, 2026, obtained from the Florida Department of State Division of Corporations, https://search.sunbiz.org/Inquiry/CorporationSearch/GetDocument?aggregateId=flal-l03000033565-c00765cc-e18f-4354-b444-d62b93da37f9&transactionId=l03000033565-84ab2365-1e40-439b-af68-7715ab36b430&formatType=PDF.

4.     Attached hereto as **Exhibit B** is a true and correct copy of the Entity Information for QubicaAMF Worldwide, LLC retrieved on July 15, 2026 and available on the Virginia State Corporation Commission Clerk's Information System, https://cis.scc.virginia.gov/EntitySearch/BusinessInformation.

Executed on this 22nd day of July, 2026, at Los Angeles, California.

/s/ Catherine S. Simonsen

Catherine S. Simonsen

DECL. OF CATHERINE SIMONSEN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER
(Case No. 2:26-cv-01535-RAJ)

**Simonsen Sussman LLP**
1120 Pacific Avenue, Suite 100, Tacoma, Washington 98402
Tel: (917) 747-5196   Fax: (913) 262-0058