Hon. Richard A. Jones

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

BENJAMIN DOEHR, ZACH SOLIZ, MITCHEL FEUER, KEVIN HOWARD, ANDRE HOWARD, MICHAEL CORDERO, ED MCDONALD, THEODORE HARKNESS, TIM KELLY, MAOR KRAMER, and CASEY GOODMAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

LUCKY STRIKE ENTERTAINMENT CORPORATION (f/k/a BOWLERO CORP.); AMF BOWLING CENTERS, INC.; and LUCKY STRIKE ENTERTAINMENT LLC,

Defendants.

Case No. 2:26-CV-01535-RAJ

**NOTICE OF VOLUNTARY DISMISSAL  PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss without prejudice their claims *solely*[1] as to Defendant Lucky Strike Entertainment LLC. *See Langworthy v. Whatcom Cnty. Superior Ct.*, Case No. C20-1637-JCC, 2020 U.S. Dist. LEXIS 229454, at *1 (W.D. Wash. Dec. 7, 2020) ("Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff

---

[1] Plaintiffs' claims remain against Defendants Lucky Strike Entertainment Corporation (f/k/a Bowlero Corp.) and its subsidiary AMF Bowling Centers, Inc.

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
(Case No. 2:26-cv-01535) – 1

Simonsen Sussman LLP
1120 Pacific Avenue, Suite 100
Tacoma, Washington 98402
(917) 747-5196

may voluntarily dismiss her claims against *some or all* of the defendants without a court order before the defendant serves an answer or a motion for summary judgment.") (emphasis added). Defendant Lucky Strike Entertainment LLC has not served an answer or motion for summary judgment in this action. Plaintiffs' voluntary dismissal of their claims against Lucky Strike Entertainment LLC is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated August 4, 2026

Respectfully Submitted,

By: /s/ Catherine S. Simonsen
Catherine S. Simonsen (WSBA No. 45552)
**SIMONSEN SUSSMAN LLP**
418 Bamboo Lane, Suite C-18
Los Angeles, CA 90012
Tel: (917) 747-5196
Fax: (646) 357-8447
Email: catherine@simonsensussman.com

Nico Gurian*
**SIMONSEN SUSSMAN LLP**
307 West 38th Street, 16th Floor
New York, NY 10018
Tel: (646) 693-3929
Fax: (646) 357-8447
Email: nico.gurian@simonsensussman.com

John P. Fiske*
Lindsay Stevens*
**BARON & BUDD, P.C.**
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel: (858) 251-7424
Fax: (214) 523-6600
Email: jfiske@baronbudd.com
Email: lstevens@baronbudd.com

*Attorneys for Plaintiffs and Proposed Classes*
*\* Admitted Pro Hac Vice*

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
(Case No. 2:26-cv-01535) – 2

Simonsen Sussman LLP
1120 Pacific Avenue, Suite 100
Tacoma, Washington 98402
(917) 747-5196