UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN DOEHR, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LUCKY STRIKE ENTERTAINMENT CORPORATION, et al.,

Defendants.

Case No. 2:26-cv-01535-RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Judge:

Plaintiffs' Motion for Leave to File Overlength Brief, Dkt. # 42, is GRANTED IN PART.

Plaintiffs' opposition to Defendants' motion to dismiss shall not exceed 15,700 words and Defendants' reply brief shall not exceed 7,850 words.

DATED this 21st day of August, 2026.

JOSHUA C. LEWIS,
Clerk of the Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones