THE HONORABLE RICHARD A. JONES

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

BENJAMIN DOEHR, ZACH SOLIZ, MITCHEL FEUER, KEVIN HOWARD, ANDRE HOWARD, MICHAEL CORDERO, ED MCDONALD, THEODORE HARKNESS, TIM KELLY, MAOR KRAMER, and CASEY GOODMAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

LUCKY STRIKE ENTERTAINMENT CORPORATION (f/k/a BOWLERO CORP.); and AMF BOWLING CENTERS, INC.,

Defendants.

Case No. 2:26-CV-01535-RAJ

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS LUCKY STRIKE ENTERTAINMENT CORPORATION (F/K/A BOWLERO CORP.) AND AMF BOWLING CENTERS, INC.'S REPLY BRIEF DEADLINE**

**NOTE ON MOTION CALENDAR: August 28, 2026**

Pursuant to Local Rules 7(d)(1) and 10(g), Defendants Lucky Strike Entertainment Corporation (f/k/a Bowlero Corp.) and AMF Bowling Centers, Inc. (together, "Bowlero Defendants"), by their counsel, move for an extension of the deadline regarding Bowlero Defendants' reply brief in support of their motion to dismiss, and Plaintiffs do not oppose and do stipulate to such an extension:

1. Plaintiffs filed their Class Action Complaint on May 6, 2026. Dkt. 1.

2. On May 28, 2026, this Court granted the parties' stipulated motion to extend the



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

deadlines for briefing on the motion to dismiss, and associated word counts. Dkt. 13. The deadline for Bowlero Defendants to respond to the Complaint was July 1, 2026, and the response was to be limited to a single motion not to exceed 11,400 words; Plaintiffs' response was to be filed by August 28, 2026, as a single brief not to exceed 11,400 words; and Bowlero Defendants' reply brief was to be filed by September 18, 2026, as a single brief not to exceed 5,700 words. *Id.* at 2.

3. On August 17, 2026, Plaintiffs filed a motion for leave to file an overlength brief in opposition to Bowlero Defendants' motion to dismiss. Dkt. 42. On August 21, 2026, the Court granted in part Plaintiffs' motion for leave, ordering that Plaintiffs' opposition to the motion to dismiss shall not exceed 15,700 words, and that Bowlero Defendants' reply brief not exceed 7,850 words. Dkt. 44.

4. Given the Court's August 21 Order granting in part Plaintiffs' motion for leave, Bowlero Defendants move to extend the deadline to file their reply brief in support of their motion to dismiss by one week to September 25, 2026. Plaintiffs do not oppose this Motion and do stipulate to the requested extension.

5. No other dates or deadlines are altered by this proposed extension of time. The parties expressly reserve all respective rights and defenses as applicable.



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

RESPECTFULLY SUBMITTED this 28th day of August, 2026.

By: /s/ Catherine S. Simonsen
Catherine S. Simonsen, WSBA #45552
SIMONSEN SUSSMAN LLP
1120 Pacific Avenue, Suite 100
Tacoma, WA 98402
Tel.: (917) 747-5196
Fax: (913) 262-0058
catherine@simonsensussman.com

Nico Gurian*
SIMONSEN SUSSMAN LLP
307 West 38th Street, 16th Floor
New York, NY 10018
Tel.: (718) 510-5495
Fax: (913) 262-0058
Nico.gurian@simonsensussman.com

John P. Fiske*
Lindsay Stevens*
BARON & BUDD, P.C.
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel.: (858) 251-7424
Fax: (214) 523-6600
jfiske@baronbudd.com
lstevens@baronbudd.com
*Admitted pro hac vice

*Attorneys for Plaintiffs Benjamin Doehr, Zach Soliz, Mitchel Feuer, Kevin Howard, Andre Howard, Michael Cordero, Ed Mcdonald, Theodore Harkness, Tim Kelly, Maor Kramer, and Casey Goodman, and the Proposed Classes*

By: /s/ Alicia Cobb
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: (206) 905-7000
Fax: (206) 905-7100
aliciacobb@quinnemanuel.com

Debra D. Bernstein (pro hac vice)
Ryan F. Swindall (pro hac vice)
1200 Abernathy Road NE
Building 600, Suite 1500
Atlanta, GA 30328
Tel.: (404) 482-3502
Fax: (404) 681-8290
debrabernstein@quinnemanuel.com
ryanswindall@quinnemanuel.com

Alex Spiro (pro hac vice)
295 Fifth Ave., New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

Kevin Y. Teruya (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel.: (213) 443-3000
Fax: (213) 443-3100
kevinteruya@quinnemanuel.com

Kevin J. Arquit (pro hac vice)
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel.: (202) 538-8000
Fax: (202) 538-8100
kevinarquit@quinnemanuel.com

*Attorneys for Defendants Lucky Strike Entertainment Corporation (f/k/a Bowlero) and AMF Bowling Centers, Inc.*

**[PROPOSED] ORDER**

Based upon the foregoing Stipulated Motion, **IT IS SO ORDERED.**

DATED this ___________ day of _______________ 2026.

_________________________________
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000