Hon. Richard A. Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BENJAMIN DOEHR, ZACH SOLIZ, MITCHEL FEUER, KEVIN HOWARD, ANDRE HOWARD, MICHAEL CORDERO, ED MCDONALD, THEODORE HARKNESS, TIM KELLY, MAOR KRAMER, and CASEY GOODMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUCKY STRIKE ENTERTAINMENT CORPORATION (f/k/a BOWLERO CORP.); AMF BOWLING CENTERS, INC.,<br><br>Defendants. | Case No. 2:26-CV-01535-RAJ<br><br>**DECLARATION OF CATHERINE S. SIMONSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT (ECF NO. 35)** |

I, Catherine S. Simonsen, declare:

1. I am a partner at the law firm Simonsen Sussman LLP, counsel for Plaintiffs in the above-captioned litigation. I am duly licensed to practice law in the States of Washington and California, and am admitted to practice in the Western District of Washington. I have personal knowledge of the facts stated herein and could testify competently thereto if called to do so.

2. Defendants Lucky Strike Entertainment Corporation (f/ka/ Bowlero Corp.) and AMF Bowling Centers, Inc. ("Bowlero") filed a Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' Complaint. ECF No. 35. Bowlero asks the Court to take judicial



**Simonsen Sussman LLP**
1120 Pacific Avenue, Suite 100, Tacoma, Washington 98402
Tel: (917) 747-5196 Fax: (913) 262-0058

notice of purported drive times from Bowlero centers in Plaintiffs' alleged relevant markets, to non-Bowlero bowling centers outside the boundaries of three of Plaintiffs' alleged relevant geographic markets. *Id.* at 1-3. These purported drive times are represented in Google Maps driving-direction screenshots. *See* Decl. of R. Swindall, Ex. A (ECF No. 34-1) (Los Angeles, California drive-time screenshots), Ex. B. (ECF No. 34-2) (The Villages, Florida drive-time screenshots), Ex. C (ECF No. 34-3) (Northern Virginia drive-time screenshots). The screenshots displayed in these exhibits do not indicate the time or date used when calculating the purported drive times.

3. To illustrate the unreliability of Bowlero's proffered drive-time estimates, at my direction, each of Bowlero's maps and drive-time estimates were recreated based on traffic estimated by Google at 5:00 p.m. on Thursday, August 20, 2026. Under each Google Map screenshot provided by Bowlero purporting to show the drive time between a Bowlero and non-Bowlero bowling center, Plaintiffs have displayed a Google Map screenshot of the drive time calculated by Google Maps between the same two locations based on traffic estimated by Google at 5:00 p.m. on Thursday, August 20, 2026. See **Exhibit 1** hereto**.**

4. For all but one of Bowlero's bowling-center pairings, the drive-time range estimated by Google at 5:00 p.m. on Thursday, August 20, 2026 included drive times exceeding one hour. The drive-time range estimated by Google at 5:00 p.m. on Thursday, August 20, 2026 between Bowl America Burke in Northern Virginia to Fort Belvoir Bowling Center was 26-55 minutes, *see* **Exhibit 1** at 37, but Fort Belvoir Bowling Center is on a U.S. Army Base that does not permit access to the general public without a sponsored visitor pass, as explained on U.S. Army Fort Belvoir's website, https://home.army.mil/belvoir/about/installation-access.

Executed on this 28th day of August, 2026, at Los Angeles, California.

/s/ Catherine S. Simonsen

Catherine S. Simonsen



**Simonsen Sussman LLP**
1120 Pacific Avenue, Suite 100, Tacoma, Washington 98402
Tel: (917) 747-5196 Fax: (913) 262-0058