# EXHIBIT 1

# Exhibit A

1. Gage Bowl 3477 E Gage Ave, Huntington Park, CA 90255 (available at: https://tinyurl.com/msj2t59v)




Estimated driving time from Lucky Strike Hollywood to Gage Bowl on August 20, 2026 at 5:00PM.



2. Winnetka Bowl 20122 Vanowen Street, Winnetka, CA 91306 (available at: https://tinyurl.com/mrafc4dx)




Estimated driving time from Lucky Strike Hollywood to Winnetka Bowl on August 20, 2026 at 5:00PM.



3. Corbin Bowl 19616 Ventura Blvd, Tarzana, CA 91356 (available at: https://tinyurl.com/2ytu9tw3)




Estimated driving time from Lucky Strike Hollywood to Corbin Bowl on August 20, 2026 at 5:00PM.



4. Cal Bowl 2500 E Carson St, Lakewood, CA 90712 (available at: https://tinyurl.com/yk7yebrm)




Estimated driving time from Lucky Strike Hollywood to Cal Bowl on August 20, 2026 at 5:00PM.



5. Westminster Lanes 6471 Westminster Blvd, Westminster, CA 92683 (available at: https://tinyurl.com/yzad5tba)




Estimated driving time from Lucky Strike Hollywood to Westminster Lanes on August 20, 2026 at 5:00PM.



6. Linbrook Bowl 201 S Brookhurst St, Anaheim, CA 92804 (available at: https://tinyurl.com/2emf2juj)




Estimated driving time from Lucky Strike Hollywood to Linbrook Bowl on August 20, 2026 at 5:00PM.



7. Concourse Bowling Center 3364 E La Palma Ave, Anaheim, CA 92806 (available at: https://tinyurl.com/mvwyp2xn)




Estimated driving time from Lucky Strike Hollywood to Concourse Bowling Center on August 20, 2026 at 5:00PM.



Case 2:26-cv-01535-RAJ Document 34-1 Filed 07/01/26 Page 10 of 23

8. Forest Lanes 22771 Centre Dr, Lake Forest, CA 92630 (available at: https://tinyurl.com/4k9wf3cx)




Estimated driving time from Lucky Strike Hollywood to Forest Lanes on August 20, 2026 at 5:00PM.



9. Fountain Bowl 17110 Brookhurst St, Fountain Valley, CA 92708 (available at: https://tinyurl.com/mrywcxkk)




Estimated driving time from Lucky Strike Hollywood to Fountain Bowl on August 20, 2026 at 5:00PM.



Case 2:26-cv-01535-RAJ Document 34-1 Filed 07/01/26 Page 12 of 23

10. Irvine Lanes 3415 Michelson Dr, Irvine, CA 92612 (available at: https://tinyurl.com/3nksswnm)




Estimated driving time from Lucky Strike Hollywood to Irvine Lanes on August 20, 2026 at 5:00PM.



11. La Habra 300 Bowl 370 E Whittier Blvd, La Habra, CA 90631 (available at: https://tinyurl.com/yrnmcjm2)




Estimated driving time from Lucky Strike Hollywood to La Habra 300 Bowl on August 20, 2026 at 5:00PM.



12. Saddleback Lanes 25402 Marguerite Pkwy, Mission Viejo, CA 92692 (available at: https://tinyurl.com/4u2f2r3e)




Estimated driving time from Lucky Strike Hollywood to Saddleback Lanes on August 20, 2026 at 5:00PM.



13. Bowlium Lanes 4666 Holt Blvd, Montclair, CA 91763 (available at: https://tinyurl.com/bdd99hcm)




Estimated driving time from Lucky Strike Hollywood to Bowlium Lanes on August 20, 2026 at 5:00PM.



14. Oak Tree Lanes 990 N Diamond Bar Blvd, Diamond Bar, CA 91765 (available at: https://tinyurl.com/yszf5pyj)




Estimated driving time from Lucky Strike Hollywood to Oak Tree Lanes on August 20, 2026 at 5:00PM.



15. Arlington Lanes 7100 Arlington Ave, Riverside, CA 92503 (available at: https://tinyurl.com/3p633d8m)




Estimated driving time from Lucky Strike Hollywood to Arlington Lanes on August 20, 2026 at 5:00PM.



16. Chaparral Lanes 400 W Bonita Ave, San Dimas, CA 91773 (available at: https://tinyurl.com/ysb3s6u5)




Estimated driving time from Lucky Strike Hollywood to Chaparral Lanes on August 20, 2026 at 5:00PM.



17. Round1 Bowling & Arcade City of Industry 1600 S Azusa Ave #285, City of Industry, CA 91748 (available at: https://tinyurl.com/4c2ay794)




Estimated driving time from Lucky Strike Hollywood to Round1 Bowling & Arcade City of Industry on August 20, 2026 at 5:00PM.



18. Round1 Bowling & Arcade Lakewood 401 Lakewood Blvd, Lakewood, CA 90712 (available at: https://tinyurl.com/yc8mk2nb)




Estimated driving time from Lucky Strike Hollywood to Round1 Bowling & Arcade Lakewood on August 20, 2026 at 5:00PM.



19. Back Alley Bowling – Northridge 9118 Balboa Blvd, Northridge, CA 91325 (available at: https://tinyurl.com/mv98xzmu)




Estimated driving time from Lucky Strike Hollywood to Back Alley Bowling on August 20, 2026 at 5:00PM.



Case 2:26-cv-01535-RAJ Document 34-1 Filed 07/01/26 Page 22 of 23

20. Del Rio Lanes 7502 Florence Ave, Downey, CA 90240 (available at: https://tinyurl.com/yc4rmjvm)




Estimated driving time from Lucky Strike Hollywood to Del Rio Lanes on August 20, 2026 at 5:00PM.



21. Gardena Bowl 15707 S Vermont Ave, Gardena, CA 90247 (available at: https://tinyurl.com/mwvzh8rp)




Estimated driving time from Lucky Strike Hollywood to Gardena Bowl on August 20, 2026 at 5:00PM.



# Exhibit B

1. Clermont Bowling Center 4 Westgate Plaza, Clermont, FL 34711 (available at: https://tinyurl.com/bde8d6w5)




Estimated driving time from Fiesta Bowl to Clermont Bowling Center on August 20, 2026 at 5:00PM.



2. Winter Garden Bowl 715 S Dillard St, Winter Garden, FL 34787 (available at: https://tinyurl.com/yuhyckf6)




Estimated driving time from Fiesta Bowl to Winter Garden Bowl on August 20, 2026 at 5:00PM.



3. Galaxy Bowl Restaurant 6550 Adventure Wy, Orlando, FL 32819 (available at: https://tinyurl.com/y2h79tdu)




Estimated driving time from Fiesta Bowl to Galaxy Bowl Restaurant on August 20, 2026 at 5:00PM.



4. Citrus Lanes 100 N Florida Ave, Inverness, FL 34453 (available at: https://tinyurl.com/378tse7t)




Estimated driving time from Fiesta Bowl to Citrus Lanes on August 20, 2026 at 5:00PM.



5. Brooksville Lanes 1691 E Jefferson St, Brooksville, FL 34601 (available at: https://tinyurl.com/2ut32af4)




Estimated driving time from Fiesta Bowl to Brooksville Lanes on August 20, 2026 at 5:00PM.



6. Bowl 360 Tavares 1950 Classique Ln, Tavares, FL 32778 (available at: https://tinyurl.com/4nfue3ee)




Estimated driving time from Fiesta Bowl to Bowl 360 Tavares on August 20, 2026 at 5:00PM.



# Exhibit C

1. The Branch – Restaurant & Bowling 49 Catoctin Circle SE, Leesburg, VA 20175 (available at: https://tinyurl.com/ys572zud)




Estimated driving time from Bowl America Burke to The Branch on August 20, 2026 at 5:00PM.



2. Crofton Bowling Centre 2115 Priest Bridge Dr, Crofton, MD 21114 (available at: https://tinyurl.com/3jwpjzjb)




Estimated driving time from Bowl America Burke to Crofton Bowling Centre on August 20, 2026 at 5:00PM.



3. Rinaldi's Riverdale Bowl 6322 Kenilworth Ave, Riverdale, MD 20737 (available at: https://tinyurl.com/yheswt5h)




Estimated driving time from Bowl America Burke to Rinaldi's Riverdale Bowl on August 20, 2026 at 5:00PM.



4. Fort Myer Bowling Center 224 McNair Rd, Building 411, Fort Myer, VA 22211 (available at: https://tinyurl.com/y89fhtpm)




Estimated driving time from Bowl America Burke to Fort Meyer Bowling Center on August 20, 2026 at 5:00PM.



5. Pinstack 45275 Knowledge Dr, Sterling, VA 20166 (available at: https://tinyurl.com/p24sx8e6)




Estimated driving time from Bowl America Burke to Pinstack on August 20, 2026 at 5:00PM.



6. 810 Entertainment 21000 Dulles Town Circle, Ste 100, Sterling, VA 20166 (available at: https://tinyurl.com/yc8bbwsm)




Estimated driving time from Bowl America Burke to 810 Entertainment on August 20, 2026 at 5:00PM.



7. Fort Belvoir Bowling Center 5975 Middleton Rd, Fort Belvoir, VA 22060 (available at: https://tinyurl.com/mrccxyz4)




Estimated driving time from Bowl America Burke to Fort Belvoir Bowling Center on August 20, 2026 at 5:00PM.



8. Potomac Lanes Bowling Center 150 McChord St, Washington, DC 20032 (available at: https://tinyurl.com/dwb9dsw3)




Estimated driving time from Bowl America Burke to Potomac Lanes Bowling Center on August 20, 2026 at 5:00PM.

